UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH CHISLEY | CIVIL ACTION |
| VERSUS | NO. 10-154 |
| EDWARD A. DUFRESNE, JR. ET AL. | SECTION "I" (2) |

## **O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Joseph Chisley, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(iii).

New Orleans, Louisiana, this 10th day of March, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE